THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICK BUSH, Appellant.

*Crimes — manslaughter — culpably negligent operation of automobile — judgment of conviction affirmed.*

*People* v. *Bush*, 215 App. Div. 860, affirmed.

(Argued December 16, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1926, which affirmed a judgment of the Oneida County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree in having caused death through his culpably negligent operation of an automobile.

*Leo O. Coupe* and *James Coupe* for appellant.

*Charles L. De Angelis, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.